E-FILED 02/15/2013
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Moldex-Metric, Inc.*

      Plaintiff,

    v.

*McKeon Products, Inc.*

      Defendant.

CASE NO. CV 11-1742-GHK (AGRx)

**JUDGMENT**

Pursuant to the Court's February 14, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Moldex-Metric, Inc.'s claims against Defendant McKeon Products, Inc. are **DISMISSED with prejudice.**

    **IT IS SO ORDERED**.

    DATED: February 14, 2013

_____
GEORGE H. KING
Chief United States District Judge