FILED: 03/31/2016

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Moldex-Metric, Inc.*, | CASE NO. CV 11-1742-GHK (AGRx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *McKeon Products, Inc.*, | |
| Defendant. | |

Pursuant to the Court's March 31, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff Moldex-Metric, Inc.'s claims against Defendant McKeon Products, Inc. are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: March 31, 2016

_____
GEORGE H. KING
Chief United States District Judge