QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Joseph M. Paunovich (Bar No. 228222)
  joepaunovich@quinnemanuel.com
  Sarah Burns (Bar No. 324466)
  sarahburns@quinnemanue.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Moldex-Metric, Inc.*

Robert L. Meylan (SBN 144031)
rmeylan@mdjalaw.com
Shaunt T. Arevian (SBN 237698)
sarevian@mdjalaw.com
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 South Flower Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 225-6000

Steven M. Weinberg (SBN 235581)
smweinberg@holmesweinberg.com
Michael J. Salvatore (SBN 281118)
msalvatore@holmesweinberg.com
HOLMES WEINBERG, P.C.
30765 Pacific Coast Highway, Suite 411
Malibu, CA 90265
Telephone: (310) 457-6100
*Attorneys for McKeon Products, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MCKEON PRODUCTS, INC., a Michigan corporation,<br><br>            Defendant. | CASE NO. 11-cv-01742-CBM (AGR)<br><br>**STIPULATION TO CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS, Plaintiff Moldex-Metric, Inc. ("Moldex") and Defendant McKeon Products, Inc., ("McKeon") have reached an agreement to settle this action in its entirety.

THEREFORE, by and through their attorneys of record, Moldex and McKeon agree and stipulate to the following findings of fact and conclusions of law in this Consent Judgment and Permanent Injunction, subject to the Court's approval:

1. Moldex owns the bright green trademark used with Moldex's earplug products as shown in Exhibit 1 hereto (the "Green Color Trademark").

2. McKeon has made, exports, imports, offers for sale, sells, advertises and/or markets earplug products with bright green colors, examples of which are shown in Exhibit 2 (the "Accused Products") in the United States.

3. Moldex's Green Color Trademark is valid and enforceable with respect to all past, present, and future McKeon bright green earplug products in the United States, and the Accused Products, are likely to cause confusion under the U.S. Trademark Act in the United States.

4. McKeon acknowledges that Moldex's Green Color Trademark has been marketed for over 35 years and has acquired secondary meaning among buyers of bright green earplugs in the United States as a source identifier for Moldex's earplugs and distinguishes Moldex's earplugs from the earplugs sold by others.

5. Except as provided in the confidential Settlement Agreement between the parties, McKeon and its officers, directors, agents, servants, employees, attorneys, assignees, and all persons or entities in active concert or participation with, through, or under McKeon are hereby permanently enjoined from knowingly, directly or indirectly, (1) making (or having made for them), offering to sell, selling, exporting into Canada, importing, advertising and/or marketing the Accused Products and any other earplugs comprised in whole or in part of a bright green color that is likely to cause confusion under the U.S. Trademark Act with Moldex's

Green Color Trademark in the United States; and (2) assisting, aiding, or abetting any other person or entity in or performing any of the activities referred to in (1).

6. This Court shall retain jurisdiction of this action for the sole purpose of enforcing this Consent Judgment and Permanent Injunction.

7. Each party to this Action shall pay its own attorneys' fees and costs in connection with the resolution of this Action. In any action to remedy, prevent or obtain relief under this Consent Judgement and Permanent Injunction, the prevailing Party shall be awarded his, her, or its reasonable attorneys' fees and costs.

8. No appeal shall be taken by any party from this Consent Judgment and Permanent Injunction, the right to appeal being expressly waived by all parties.

9. To the extent not specifically addressed herein, all claims, counterclaims, and affirmative defenses are dismissed with prejudice. This Consent Judgment and Permanent Injunction concludes this action.

The Clerk is directed to enter this Consent Judgment and Permanent Injunction without further notice.

DATED: September 9, 2019          QUINN EMANUEL URQUHART &
                                   SULLIVAN LLP

                                   By _____
                                   Joseph M. Paunovich
                                   Attorney for Plaintiff
                                   MOLDEX-METRIC, INC.

DATED: September 9, 2019

By: /s/ Steven M. Weinberg
Steven M. Weinberg
Robert L. Meylan
Attorneys for Defendant
McKeon Products, Inc.

-4-    CASE NO. 11-cv-01742-CBM-AGR
STIPULATION TO CONSENT JUDGMENT
AND PERMANENT INJUNCTION