**EXHIBIT 1**



