**EXHIBIT 2**









Exhibit 2
Samples of McKeon's Accused Products:
SnoreBlockers purchased November 2018